# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAUREN VASQUEZ,

                            Plaintiff,

-against-

J.B. HUNT TRANSPORT, INC.
and NICHOY M. TRACEY,

                            Defendants.
------------------------------------------------------------------------X

Docket No.: 1:19-CV-0

**NOTICE OF REMOVAL**

Supreme Court, Queens
County Index No.: 7040971/2020

       The defendants, **J.B. HUNT TRANSPORT, INC. and NICHOY M. TRACEY**, remove this action from the Supreme Court, Queens County to the United States District Court for the Eastern District of New York.

       1.     The plaintiff commenced this action against **J.B. HUNT TRANSPORT, INC. and NICHOY M. TRACEY**, in the Supreme Court of the State of New York, Queens County. A copy of the complaint is attached as **Exhibit "A".**

       2.     The plaintiff, Lauren Vasquez, is a citizen of the State of New York and was a citizen of the State of New York when this action was started in state court.

       3.     The defendants are citizens of a state other than the State of New York and were citizens of a state other than the State of New York when this action was started in state court.

           a.)     J.B. Hunt Transport, Inc. is (and was) a corporation incorporated in the State of Georgia with its principal place in business in Lowell, Arkansas.

           b.)     Nichoy M. Tracey, upon information and belief, resides and has been residing in Irvington New Jersey, Essex County when this action was started in state court. Nichoy M. Tracey is a citizen of the State of New Jersey, County of Essex.

       4.     J.B. Hunt Transport, Inc. was served on May 18, 2020.

13786877-1

5. This court has subject-matter jurisdiction over this action under section 1332(a)(1) of the Judicial Code, 28 U.S.C. § 1332(a)(1), because this action—both now and when it was started—is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. The defendants may, under section 1441(a) of the Judicial Code, 28 U.S.C. § 1441(a), remove this action to this court because this is a civil action of which the District Courts of the United States have original jurisdiction that is brought in a state court.

7. All defendants join in the removal of this action to this Court.

Dated: New York, New York
June 16, 2020

                                              **RAWLE & HENDERSON LLP**
                                              Attorneys for Defendants
                                              **J.B. HUNT TRANSPORT, INC.**
                                              **and NICHOY M. TRACEY**

By: _____
     Anthony D. Luis, Esq.
     14 Wall Street – 27th Floor
     New York, New York 10005-2101
     Telephone No.: 1 (212) 323-7070
     Fax No.: 1 (212) 323-7099
     Our File No.: 805184

TO:    Kevin G. Lillis, Esq.
        MULLANEY & GJELAJ, PLLC
        100-09 Metropolitan Avenue
        Forest Hills, New York 11375
        Attorney for Plaintiff
        **LAUREN VASQUEZ**
        E-Mail: klillis@maglawyers.com
        Telephone No.: 1 (718) 821-8100
        Fax No.: 1 (718) 785-9570

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             :ss.:
COUNTY OF NEW YORK           )

**LISA M. HAILEY**, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Kings County, New York.

On June 16, 2020, I served the within **CIVIL COVER SHEET** and **NOTICE OF REMOVAL (with accompanying Exhibit "A" – Summons and Complaint)** upon the parties listed below at the addresses designated by said party for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and by **ECF**.

    TO:    Kevin G. Lillis, Esq.
               MULLANEY & GJELAJ, PLLC
               100-09 Metropolitan Avenue
               Forest Hills, New York 11375
               Attorney for Plaintiff
               **LAUREN VASQUEZ**
               E-Mail: klillis@maglawyers.com
               Telephone No.: 1 (718) 821-8100
               Fax No.: 1 (718) 785-9570

*/s/ Lisa M. Hailey*

_____
       **LISA M. HAILEY**

Sworn to before me this
16th day of June, 2020

_____
NOTARY PUBLIC
Shari L. DeMattia
Notary Public, State of New York
No. 01DE6001012
Qualified in Richmond County
Commission Expires, May 3, 2022