# EXHIBIT "D"

**From:** Stephen Levy <slevy@rawle.com>
**Sent:** Friday, January 21, 2022 10:16 AM
**To:** Stephen Levy <slevy@rawle.com>
**Subject:** RE: Lauren Vasquez - Demand

**From:** klillis@maglawyers.com <klillis@maglawyers.com>
**Sent:** Monday, January 10, 2022 5:29 PM
**To:** Stephen Levy <slevy@rawle.com>
**Subject:** RE: Lauren Vasquez

Sure that is fine with me. I'll make a demand of 2.5M at this time with the understanding that the demand is subject to change based on Ms. Vasquez's medical treatment moving forward

Kevin G. Lillis, Esq.
**Law Offices of Patrick J Mullaney, P.C.**
100-09 Metropolitan Ave.
Forest Hills, New York 11375
Tel: (718) 821-8100
Fax:(347) 868-8032
https://PJMullaneyLaw.com/



