# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       :ss.:
COUNTY OF NEW YORK     )

**LISA M. HAILEY**, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Kings County, New York.

On January 21, 2022, I served the within **CIVIL COVER SHEET and NOTICE OF REMOVAL (with accompanying Exhibits "A" – "D")** upon the parties listed below at the addresses designated by said party for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and by **ECF**.

TO: Kevin G. Lillis, Esq.
Law Offices of Patrick J Mullaney, P.C.
100-09 Metropolitan Avenue
Forest Hills, New York 11375
Attorney for Plaintiff
**LAUREN VASQUEZ**
E-Mail: klillis@maglawyers.com
Telephone No.: 1 (718) 821-8100
Fax No.: 1 (347) 868-8032

_____
**LISA M. HAILEY**

Sworn to before me this
21st day of January, 2022

_____
NOTARY PUBLIC

Shari L. DeMattia
Notary Public, State of New York
No. 01DE6001012
Qualified in Richmond County
Commission Expires, May 3, 2022

15622328-1