## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                            )ss:
COUNTY OF NEW YORK    )

        **LISA M. HAILEY**, being duly sworn, deposes and says:

        I am not a party to this action, I am over 18 years of age and I reside in Kings County, New York.

        On January 26, 2022, I electronically filed the foregoing **VERIFIED ANSWER** via **ECF** system upon the following attorneys:

> TO:    Kevin G. Lillis, Esq.
> Law Offices of Patrick J Mullaney, P.C.
> 100-09 Metropolitan Avenue
> Forest Hills, New York 11375
> Attorney for Plaintiff
> **LAUREN VASQUEZ**
> E-Mail: klillis@maglawyers.com
> Telephone No.: 1 (718) 821-8100
> Fax No.: 1 (347) 868-8032

_____
**LISA M. HAILEY**

Sworn to before me this
26th day of January, 2022

NOTARY PUBLIC

Shari L. DeMattia
Notary Public, State of New York
No. 01DE6001012
Qualified in Richmond County
Commission Expires, May 3, 2022

15637794-1