UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LAUREN VASQUEZ,

                   Plaintiff,

     -against-

J.B. HUNT TRANSPORT, INC.
and NICHOY M. TRACEY,

                   Defendants.
-----------------------------------------------------------------------X

Docket No.: 1:22-CV-00372

**CORPORATE DISCLOSURE STATEMENT**

      **ANTHONY D. LUIS**, a Partner with the firm of RAWLE & HENDERSON LLP attorney for the defendants, **J.B. HUNT TRANSPORT, INC. and NICHOY M. TRACEY**, having an initial pleading in the above-captioned matter, makes the following disclosure to the Court pursuant to Local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

      The only party who the undersigned knows to have any interest in the outcome of the action on behalf of the removing defendants, other than the removing defendants, is the following:

            J.B. Hunt Transport, Inc.

Dated: New York, New York
       March 10, 2022

                                     **RAWLE & HENDERSON LLP**
                                     Attorneys for Defendants
                                   **J.B. HUNT TRANSPORT, INC.**
                                   **and NICHOY M. TRACEY**

                 By: _____
                              Anthony D. Luis, Esq.
                              14 Wall Street – 27th Floor
                              New York, New York 10005-2101
                              Telephone No.: 1 (212) 323-7070
                              Fax No.: 1 (212) 323-7099
                              Our File No.: 805184

15764743-1

TO: Kevin G. Lillis, Esq.
MULLANEY & GJELAJ, PLLC
100-09 Metropolitan Avenue
Forest Hills, New York 11375
Attorney for Plaintiff
**LAUREN VASQUEZ**
E-Mail: klillis@maglawyers.com
Telephone No.: 1 (718) 821-8100
Fax No.: 1 (718) 785-9570

15764743-1